Bobby Lee GRIFFIN, Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. WD 33589.

Missouri Court of Appeals, Western District.

Nov. 23, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 4, 1983.

Jerry W. Venters of Bartlett, Venters & Pletz, P.C., Jefferson City, for movant-appellant.

John Ashcroft, Atty. Gen., Rosalynn Van Heest, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, C.J., and TURNAGE and MANFORD, JJ.

ORDER

PER CURIAM:

Appeal from a judgment denying post-conviction relief pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).